IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Tammeria Hansgen, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00023 |
| v. | : | Judge Graham |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

## Report and Recommendation

On April 30, 2012, the Commissioner of Social Security filed his answer and a transcript of the administrative proceedings. Plaintiff failed to file her statement of errors within 30 days of that date as required by the Magistrate Judges' General Order Concerning Social Security Appeals (S.D. Ohio E.D. January 31, 2003) and the Court's January 11, 2012 Order. (Doc. 2.) Plaintiff has also failed to respond to the Court's June 8, 2012 Order to Show Cause why this case should not be dismissed for want of prosecution and for failure to comply with the orders of this Court. (Doc. 11.) Therefore, the Magistrate Judge RECOMMENDS that this case be DISMISSED for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c).

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days, file and serve on all parties a motion for reconsideration by the

Court, specifically designating this Report and Recommendation, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1)(B); Rule 72(b), Fed. R. Civ. P.

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. *Thomas v. Arn*, 474 U.S. 140, 150-152 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *United States v. Sullivan,* 431 F.3d 976, 984 (6th Cir. 2005); *Miller v. Currie,* 50 F.3d 373, 380 (6th Cir. 1995). Even when timely objections are filed, appellate review of issues not raised in those objections is waived. *Willis v. Sullivan,* 931 F.2d 390, 401 (6th Cir. 1991).

                                              s/Mark R. Abel
                                              United States Magistrate Judge