IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Tammeria Hansgen, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00023 |
| | : | |
| v. | : | Judge Graham |
| | : | |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |
| | : | |

### ORDER DISMISSING FOR WANT OF PROSECUTION

Plaintiff has failed to file her statement of errors. Se has also failed to respond to the Court's June 8, 2012 Order that she show cause why the case should not be dismissed for failure to prosecute. She has also taken no action to prosecute this case within the past 180 days. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c).

James L. Graham
United States District Judge