# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Tammeria Hansgen, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:12-cv-23 |
| Commissioner of Social Security, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

other:   **This case is hereby DISMISSED for want of prosecution.**

_____ .

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision was reached.

decided by Judge _____ on a motion for _____

_____ .

Date:  _____ Sep 25, 2012 _____          *CLERK OF COURT*

s/Denise Shane, Deputy Clerk

_____
*Signature of Clerk or Deputy Clerk*